TERRY C. COPPLE (ISB No. 1925)
DAVISON, COPPLE, COPPLE & COPPLE, LLP
Attorneys at Law
Chase Capitol Plaza, Suite 600
199 North Capitol Boulevard
P.O. Box 1583
Boise, Idaho  83701
Telephone:  (208) 342-3658
Fax No.:     (208) 386-9428
tc@davisoncopple.com

Attorneys for Defendants
        Escort Inc.
        Beltronics USA, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| HOYT A. FLEMING, | ) | Case No. 1:12-cv-00066-BLW |
| | ) | |
| Plaintiff, | ) | **DEFENDANTS', ESCORT INC. AND** |
| | ) | **BELTRONICS USA, INC., MOTION TO** |
| vs. | ) | **ENJOIN PLAINTIFF'S RECENT SUIT** |
| | ) | **AGAINST DEFENDANTS' CUSTOMERS** |
| ESCORT INC, BELTRONICS USA, | ) | |
| INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOW COME Defendants Escort Inc. and Beltronics USA, Inc. (collectively "Escort"),

by and through their attorneys, and respectfully move this Court to enjoin Plaintiff Hoyt A.

Fleming ("Fleming") from prosecuting or filing any patent infringement lawsuits against

DEFENDANTS' MOTION TO ENJOIN              1

Escort's customers, pending the resolution of Civil Action 1:09-cv-00105-BLW, a patent infringement lawsuit brought by Fleming against Escort.  In support, Escort states as follows:

1.  In March 2009, Fleming initiated Civil Action 1:09-cv-00105-BLW, a patent infringement lawsuit brought by Fleming against Escort.  Fleming sued Escort for allegedly infringing two patents, *i.e.*, United States Patent Nos. RE39,038 ("the '038 patent") and RE40,653 ("the '653 patent").

2.  The products accused of infringement in Civil Action 1:09-cv-00105-BLW are the Passport 9500i, Passport 9500ix, GX 65, and Passport iQ radar detectors (collectively, "the Accused Products").

3.  Nearly three years later, on February 13, 2012, Fleming initiated this litigation. This litigation is also a patent infringement lawsuit brought by Fleming against Escort and Escort's customers for allegedly infringing the same two patents asserted in Civil Action 1:09-cv-00105-BLW, *i.e.*, the '038 patent and the '653 patent.  In fact, Fleming's allegations of patent infringement are based on the same Passport 9500i, Passport 9500ix, GX 65, and Passport iQ radar detectors (collectively, "the Accused Products") that are accused of infringement in Civil Action 1:09-cv-00105-BLW.  Indeed, the very same units that are accused of infringement in Civil Action 1:09-cv-00105-BLW are also accused of infringement in this litigation.  Fleming also sued Escort and its customers for infringing United States Patent Nos. RE41,905, which issued from a continuation application of the application that issued as the '653 patent.

4.  The present action alleges some of the same claims of patent infringement, of the same patents, by the same products, that have been pending in Civil Action 1:09-cv-00105-BLW for nearly three years, since March 2009.

DEFENDANTS' MOTION TO ENJOIN                2

5.      Fleming should be enjoined from pursuing his lawsuit against Escort's customers because Civil Action 1:09-cv-00105-BLW has the potential to decide completely the outcome, and Civil Action 1:09-cv-00105-BLW has been long pending.

WHEREFORE, the Defendants, Escort Inc. and Beltronics USA, Inc., respectfully ask this Court to enjoin Plaintiff Hoyt A. Fleming from prosecuting any actions against Escort's customers. A Memorandum in Support is attached herewith supporting Escort's Motion.

DATED this 5th day of March, 2012.

                                        DAVISON, COPPLE, COPPLE & COPPLE, LLP


                                        By:_____/s/_____
                                            Terry C. Copple
                                            Attorneys for Defendants
                                            Escort Inc. and Beltronics USA, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>Michael S. Dowler
>Park, Vaughn, Fleming & Dowler LLP
>mike@parklegal.com
>
>Bradlee R. Frazer
>Hawley Troxell Ennis & Hawley, LLP
>bfrazer@hawleytroxell.com
>
>Steven F. Schossberger
>Hawley Troxell Ennis & Hawley, LLP
>sschossberger@hawleytroxell.com

>_____/s/_____
>Terry C. Copple