Steven F. Schossberger, ISB No. 5358
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID  83701-1617
Telephone:  208.344.6000
Email: sschossberger@hawleytroxell.com

Michael S. Dowler
PARK VAUGHAN FLEMING & DOWLER LLP
5847 San Felipe, Suite 1700
Houston, TX  77057
Telephone:  713.821.1540
Email:  mike@parklegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>　　　　　Plaintiff,<br>v.<br><br>ESCORT INC., ET. AL,<br><br>　　　　　Defendants. | Case No. 1:12-cv-0066-BLW<br><br>NOTICE OF DISMISSAL OF DEFENDANT TIGERDIRECT, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Mr. Hoyt A. Fleming hereby dismisses his case against defendant TigerDirect, Inc. pursuant to the terms of those parties' settlement agreement.

April 13, 2012　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　Michael S. Dowler
　　　　　　　　　　　　　Park, Vaughan, Fleming & Dowler, LLP
　　　　　　　　　　　　　5847 San Felipe, Suite 1700
　　　　　　　　　　　　　Houston, TX 77057
　　　　　　　　　　　　　(713) 821-1540
　　　　　　　　　　　　　(713) 821-1401 (facsimile)
　　　　　　　　　　　　　Attorneys for Plaintiff Hoyt A. Fleming

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of April 2012, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system.

/s/
Michael S. Dowler