Michael S. Dowler
Park, Vaughan, Fleming & Dowler, LLP
5847 San Felipe, Suite 1700
Houston, TX 77057
(713) 821-1540
(713) 821-1401 (facsimile)
mike@parklegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING, | ) |
| | ) Case No. 1:12-cv-0066-BLW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) PLAINTIFF'S MOTION FOR NOTICE OF |
| ESCORT, INC., ET AL. | ) ENTRY OF DEFAULT |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, Mr. Hoyt A. Fleming ("Mr. Fleming"), respectfully requests that the clerk enter

a notice of default judgment against defendant Beach Camera/Buy.dig.com ("Beach Camera").

Mr. Fleming filed suit against Beach Camera on February 13, 2012.  (Dkt. No. 2, Complaint.)

Mr. Fleming's complaint accuses Beach Camera of infringing three of Mr. Fleming's patents by

re-selling radar detectors made by other companies, such as Escort, Inc., Beltronics USA, Inc.,

and Cobra Electronics Corp.  Mr. Fleming filed a proof of service of the complaint against Beach

camera on March 9, 2012.  (Dkt. No. 13, Proof of Service Pursuant to Fed. R. Civ. 4(L).)  In the

more than one year that this case has been pending, Beach Camera has failed to answer or

otherwise appear.

Mr. Fleming reached out to counsel for all the other defendants in this case in an effort to

determine who represented Beach Camera and to see if there was a way to avoid seeking the

present notice of default.  Counsel for all the defendants other than Escort, Inc. and Beltronics

USA, Inc. (Mr. Muething) initially indicated that he was in communication with Beach Camera and requested that Mr. Fleming not seek a default judgment until he "let [Mr. Fleming] know about that".  Specifically, Mr. Muething stated:

> We represent all of the defendants other than Escort and Beltronics except that to say I need to look further into the representation of the Beach Camera/Buydig.com entity in the complaint, and I'll let you know about that. Please don't seek default against that entity until I can do so.

(Exh. 1, March 25, 2013 email correspondence.)  Mr. Muething refused to respond again for more than one month.  Indeed, on April 22, 2013, Mr. Muething appeared for all defendants (other than Escort, Beltronics, and Beach Camera) by filing a motion to dismiss.  (Dkt. No. 42.) On April 26, 2013, counsel for Mr. Fleming contacted Mr. Muething seeking clarification on whether he represented Beach Camera.

> We noticed that you did not mention defendant Beach Camera/Buy.dig.com in your recent motion.  Please confirm whether you represent them and, if so, whether their omission from the motion papers should be corrected.  As this is something you will know right away, we will appreciate your response by the end of the day.

(Exh. 2, April 26, 2013 email correspondence.)  Mr. Muething refuses to respond.  Thus, Mr. Fleming hereby requests that the clerk enter a notice of default judgment against Beach Camera.

April 29, 2013                              Respectfully Submitted

                                           _____/s/_____
                                           Michael S. Dowler
                                           Park, Vaughan, Fleming & Dowler, LLP
                                           5847 San Felipe, Suite 1700
                                           Houston, TX 77057
                                           (713) 821-1540
                                           (713) 821-1401 (facsimile)
                                           Attorneys for Plaintiff Hoyt A. Fleming

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 29th day of April 2013, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent a Notice of Electronic Filing to all counsel who have appeared in the case.

/s/
Michael S. Dowler