GREGORY F. AHRENS
BRETT A. SCHATZ
WOOD, HERRON & EVANS, L.L.P.
Attorneys at Law
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio  45202-2917
Telephone:  (513) 241-2324
Facsimile:  (513) 421-7269
gahrens@whepatent.com
bschatz@whepatent.com


Attorneys for Defendants
	Escort Inc.
	Beltronics USA, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| HOYT A. FLEMING, | ) | Case No. 1:12-cv-00066-BLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS', ESCORT INC. AND** |
| vs. | ) | **BELTRONICS USA, INC., UNOPPOSED** |
| | ) | **MOTION FOR EXTENSION OF TIME TO** |
| ESCORT INC, BELTRONICS USA, | ) | **RESPOND TO PLAINTIFF'S MOTION TO** |
| INC., ET AL., | ) | **COMPEL (DKT. NO. 196)** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants Escort Inc. and Beltronics USA, Inc. ("Escort") respectfully move the Court for a seven day extension of time to respond to Plaintiff's Motion to Compel (Dkt. No. 196), up to January 9, 2015.  Escort's Motion is not opposed by Plaintiff.  Escort requests the extension for the following reasons.

First, Escort's response is presently due on January 2, 2015, and preparation of that response is problematic for counsel due to the intervening holidays.  Second, because Plaintiff claims in the Motion that Escort has not produced in discovery certain source code, Escort's counsel will need to consult with Escort employees to respond.  However, the time period presently involved is an extremely busy time of the year for Escort's personnel, due to their own personal holiday schedules and due to the busy time of year for Escort's business, such that counsel's ability to consult with Escort employees is very difficult.

On December 16, 2014, Escort's counsel contacted Plaintiff's counsel by telephone and sought consent to Escort's request for an extension.  Plaintiff's counsel advised Escort's counsel on December 19, 2014, that Plaintiff would consent to a seven (7) day extension.  Escort has previously been granted extensions of time to respond to Dkt. Nos. 182 and 183.

For these reasons, Escort requests a seven day extension of time to respond to Plaintiff's Motion to Compel, up to and including January 9, 2015.

DATED: December 19, 2014

/s/
Terry C. Copple
DAVISON COPPLE COPPLE & COPPLE
PO Box 1583
Boise, Idaho 83701
T: (208) 342-3658
F: (208) 386-9428
E: tc@davisoncopple.com

and

Gregory F. Ahrens
Brett A. Schatz
WOOD HERRON & EVANS LLP
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
T: (513)-241-2324
F: (513)-241-6234
E: gahrens@whe-law.com
E: bschatz@whe-law.com

Counsel for Defendants
Escort, Inc. and Beltronics USA, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Michael S. Dowler
Park, Vaughn, Fleming & Dowler LLP
mike@parklegal.com

Brian P. Muething
Keating Muething & Klekamp PLL
bmuething@kmklaw.com

Steven F. Schossberger
Hawley Troxell Ennis & Hawley, LLP
sschossberger@hawleytroxell.com

Rachael A. Rowe
Keating Muething & Klekamp PLL
rrowe@kmklaw.com

Bradlee R. Frazer
Hawley Troxell Ennis & Hawley, LLP
bfrazer@hawleytroxell.com

Brian J. Yoder
Keating Muething & Klekamp PLL
byoder@kmklaw.com

Keely E. Duke
Duke Scanlan & Hall, PLLC
ked@dukescanlan.com

/s/ _____