J. Walter Sinclair (ISB#2243)
E-mail: *jwsinclair@hollandhart.com*
Timothy P. Getzoff (*admitted pro hac vice*)
E-mail: *tgetzoff@hollandhart.com*
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Gregory F. Ahrens (*admitted pro hac vice*)
E-mail: *gahrens@whepatent.com*
Brett A. Schatz (*admitted pro hac vice*)
E-mail: *bschatz@whepatent.com*
WOOD, HERRON & EVANS, L.L.P.
Attorneys at Law
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 421-7269

Attorneys for Defendant Escort, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>Plaintiff,<br>v.<br><br>ESCORT, INC., et al.,<br><br>Defendants. | Case No. 1:12-CV-066-BLW<br><br>**ESCORT, INC.'S REPLY IN SUPPORT OF IT'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (DKT NO. 183)** |

Defendant Escort, Inc., through its attorneys, respectfully submits its Reply in Support of its Motion For Leave To File A Sur-Reply (Dkt 193) In Opposition to Plaintiff's Motion to Compel Pursuant To The Crime-Fraud Exception (Dkt 183).

On October 20, 2014, Plaintiff filed a five- page motion requesting this Court to order the production of Escort's privileged documents and other information (ESI) based on an alleged "crime-fraud exception." By its nature, Plaintiff's motion seeks production of the most sensitive and protected documents under the federal rules that go to the essence of the attorney client relationship. Plaintiff's proposed support for invoking the "crime-fraud exception" to pierce the attorney client protections are (1) his argument that the Court **"previously found** fraud" by

**ESCORT, INC.'S REPLY IN SUPPORT OF IT'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (DKT NO. 183) - 1**

Escort's counsel, and (2) his assertion that Escort **"likely"** committed a second fraud (Dkt 183, p 1). Based thereon, Plaintiff requests the production of 11 categories of privileged documents, although he failed to address how these categories of documents are or might be related to the alleged current fraud.

In Escort's Opposition (Dkt 190) it articulated the various deficiencies in Plaintiff's motion, including Plaintiff's reliance on an incorrect standard of proof, Plaintiff's failure to properly assert the fraud-crime exception, Plaintiff's failure to identify or provide evidence for the alleged second fraud, and Plaintiff's failure to relate the alleged fraud to the 11 categories of privileged documents he requests produced.

In his 12-page Reply, Plaintiff for the first time addresses and attempts to remedy the various deficiencies in his original motion, including the correct standard of proof, his need to establish a fraud committed by Escort, his failure to address the work product doctrine, and his failure to tie the alleged fraud to the 11 categories of privileged document he requests produced. All of Plaintiff's arguments and positions on these issues were newly raised in his Reply, having omitted them completely from his original Motion.

It is well-settled that parties may not raise new arguments or positions in a Reply brief, and that the proper response is for the Court to either strike the new argument or allow the opposing party to address them in a sur-reply. Escort's current Motion For Leave (Dkt 193) simply asks for this opportunity to address Plaintiff's newly made arguments, which is squarely within the Court's discretion.

In his Opposition to Escort's Motion for Leave, Plaintiff labels Escort's request to file a sur-reply as "frivolous" and asks for sanctions, although he does not substantively address the newness of the arguments in his Reply or why he did not make them previously in his original

**ESCORT, INC.'S REPLY IN SUPPORT OF IT'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (DKT NO. 183) - 2**

Motion. As explained above, Escort believes that its request for a sur-reply is well-founded, there is nothing frivolous in asking the Court for permission to file an additional pleading.

Accordingly, Escort respectfully requests the Court deny Fleming's request for Sanctions and grant its motion to file a Sur-reply.

Respectfully submitted this 5th day of January, 2015.

> HOLLAND & HART LLP
>
> By /s/ J. Walter Sinclair
> J. Walter Sinclair
> Timothy P. Getzoff (*admitted pro hac vice*)
>
> Gregory F. Ahrens (*admitted pro hac vice*)
> Brett A. Schatz (*admitted pro hac vice*)
> WOOD, HERRON & EVANS, L.L.P.
> 441 Vine Street, 2700 Carew Tower
> Cincinnati, Ohio 45202-2917
> Telephone: (513) 241-2324
> Facsimile: (513) 421-7269
>
> *Attorneys for Defendant, Escort, Inc.*

**ESCORT, INC.'S REPLY IN SUPPORT OF IT'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (DKT NO. 183) - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of January, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Steven S. Schossberger | sschossberger@hawleytroxell.com |
| Bradlee R. Frazer | bfrazer@hawleytroxell.com |
| Michael S. Dowler | mike@parklegal.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| Brian P. Muething | bmuething@kmklaw.com |
| Bryce James Yoder | byoder@kmklaw.com |
| Keely E. Duke | ked@dukescanlan.com |
| Rachael Anne Rowe | rrowe@kmklaw.com |

*Attorneys for Best Buy Co., Inc.; Amazon.com, Inc.; Hayneedle, Inc; Fry's Electronics; Herrington Catalog; Buy Radar Detectors, Inc.; Best Radar Detectors; ABT, Inc.; J&R Music and Computer World; Sears Holding Corp.; 1stRadarDetectors; Beach Camera/Buydig.com, Inc.; AM Merchandising, Inc.; Excel Distributing, Inc.; DBSouth, Inc.; Fulfillment Services, Inc.; Car Toys, Inc.; DAS Distributors, Inc.;*

| | |
|---|---|
| Brett A. Schatz | bschatz@whe-law.com |
| Gregory F. Ahrens | gahrens@whepatent.com |

*Attorneys for Beltronics USA, Inc.*

/s/ J. Walter Sinclair
for HOLLAND & HART LLP

**ESCORT, INC.'S REPLY IN SUPPORT OF IT'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (DKT NO. 183) - 4**