J. Walter Sinclair (ISB#2243)
E-mail: *jwsinclair@hollandhart.com*
Timothy P. Getzoff (*admitted pro hac vice*)
E-mail: *tgetzoff@hollandhart.com*
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Gregory F. Ahrens (*admitted pro hac vice*)
E-mail: *gahrens@whepatent.com*
Brett A. Schatz (*admitted pro hac vice*)
E-mail: *bschatz@whepatent.com*
WOOD, HERRON & EVANS, L.L.P.
Attorneys at Law
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 421-7269

Attorneys for Defendant Escort, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ESCORT, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:12-CV-066-BLW<br><br>**DEFENDANT ESCORT, INC.'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S SECOND MOTION FOR TERMINATING SANCTIONS DUE TO DEFENDANTS' ADVANCEMENT OF MORE FALSE EVIDENCE (DKT NO. 182)** |

Defendant Escort, Inc. ("Escort") believes that oral argument may assist this Court in deciding Plaintiff's Second Motion for Terminating Sanctions Due to Defendants' Advancement of More False Evidence (Dkt No. 182); and, therefore respectfully requests that a hearing be set accordingly.

DATED January 5, 2015

　　　　　　　　　　　　　　　　HOLLAND & HART LLP

　　　　　　　　　　　　　　　　By _/s/ J. Walter Sinclair_
　　　　　　　　　　　　　　　　　　J. Walter Sinclair
　　　　　　　　　　　　　　　　　　Timothy P. Getzoff

Gregory F. Ahrens *(admitted pro hac vice)*
Brett A. Schatz *(admitted pro hac vice)*
WOOD, HERRON & EVANS, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 421-7269

*Attorneys for Defendant, Escort, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of January, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Steven S. Schossberger | sschossberger@hawleytroxell.com |
| Bradlee R. Frazer | bfrazer@hawleytroxell.com |
| Michael S. Dowler | mike@parklegal.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| Brian P. Muething | bmuething@kmklaw.com |
| Bryce James Yoder | byoder@kmklaw.com |
| Keely E. Duke | ked@dukescanlan.com |
| Rachael Anne Rowe | rrowe@kmklaw.com |

*Attorneys for Best Buy Co., Inc.; Amazon.com, Inc.; Hayneedle, Inc; Fry's Electronics; Herrington Catalog; Buy Radar Detectors, Inc.; Best Radar Detectors; ABT, Inc.; J&R Music and Computer World; Sears Holding Corp.; 1stRadarDetectors; Beach Camera/Buydig.com, Inc.; AM Merchandising, Inc.; Excel Distributing, Inc.; DBSouth, Inc.; Fulfillment Services, Inc.; Car Toys, Inc.; DAS Distributors, Inc.;*

| | |
|---|---|
| Brett A. Schatz | bschatz@whe-law.com |
| Gregory F. Ahrens | gahrens@whepatent.com |

*Attorneys for Beltronics USA, Inc.*

/s/ Walter Sinclair
for HOLLAND & HART LLP

**DEFENDANT ESCORT, INC.'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S SECOND MOTION FOR TERMINATING SANCTIONS DUE TO DEFENDANTS' ADVANCEMENT OF MORE FALSE EVIDENCE (DKT NO. 182)** - 3