IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>       Plaintiff,<br><br>   v.<br><br>ESCORT, INC., et al.,<br><br>       Defendants. | Case No. 1:12-CV-066-BLW<br><br>**JUDGMENT FOR INTERIM PAYMENT OF ATTORNEY FEES AND TO COMPEL THE PRODUCTION OF DOCUMENTS** |

In accordance with the Memorandum Decision filed with this Judgment, and pursuant to the decision set forth in *Memorandum Decision (Dkt. No. 178),*

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Fee Petition (docket no. 179) is GRANTED, and that defense counsel Greg Ahrens and Brett Schatz pay to plaintiff Fleming immediately the sum of $341,649.00 for attorney fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion to compel (docket no. 183) is GRANTED IN PART AND DENIED IN PART. The motion is granted to the extent it seeks to compel Escort to produce all communications and documents that mention or relate to ESC17363. This includes not only communications between Escort and its counsel, but also material that counsel prepared. The motion is denied in all other respects.

DATED: January 9, 2015



_____
B. Lynn Winmill
Chief Judge
United States District Court