Michael S. Dowler
Park, Vaughan, Fleming & Dowler LLP
5847 San Felipe, Suite 1700
Houston, TX  77057
Telephone:  713.821.1540
Facsimile:  713.821.1401
Email:  mike@parklegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING, <br><br> Plaintiff, <br> v. <br><br> ESCORT INC., ET. AL, <br><br> Defendants. | Case No. 1:12-cv-0066-BLW <br><br> PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ORAL ARGUMENT (DKT. NO. 206) |

The entirety of Escort's motion seeking oral argument consists of a single sentence stating:  "Escort believes that oral argument may assist this Court in deciding [Mr. Fleming's motion]…".  (Dkt. No. 206, Motion at p. 1.)  This threadbare claim could be made about every motion the Court considers, and yet it is Mr. Fleming's understanding—based on the past five years of the parties' litigation—that it is not this Court's practice to hold a hearing on all matters.  Indeed, the Court has decided hundreds of disputes between the parties, where only two (both preliminary injunction issues) necessitated a hearing.

Worse, as its motion shows, Escort at best has failed to advance any fact or argument supporting its hearing request and, at worst, has sandbagged the issue by failing to articulate the basis for its stated belief that oral argument is necessary.  Either way, Escort has presented nothing to warrant either a hearing or a second opportunity to explain itself in its forthcoming Reply brief.  (*See* Dkt. No. 156, Escort Sur-Reply at p. 3 ("Fleming still may not [present an

argument] for the first time in a reply brief.  *Brown v. Citicorp Credit Services, Inc.,* Case No. 12-cv-62-BLW, 2013 U.S. Dist. LEXIS 24913, at *10 n. 4 (D. Idaho Feb. 21, 2013 (J. Winmill) ('By waiting until its reply brief to raise this issue, Citicorp gave Brown no opportunity to respond.  It would therefore be unfair for the Court to consider Citicorp's argument.')").)

Finally, Escort's present motion is not its only request for a hearing.  Just yesterday, Escort filed another equally threadbare request for a hearing on another one of Mr. Fleming's pending, fully-briefed motions.  (Dkt. No. 217, Request for Oral Argument.)  Thus, while Escort has once again failed to provide the Court with any basis on which to grant its request, Escort appears to believe it is entitled to a hearing on all matters based solely on the bald request of its replacement counsel.

Accordingly, because Escort has done nothing to warrant or explain why a hearing might assist the Court, Escort's request should be denied.  To the extent the Court believes it needs any additional information from Mr. Fleming before ruling on his pending motion, Mr. Fleming stands ready to provide the Court that information, whether at a hearing or otherwise.

January 27, 2015             Respectfully Submitted

                                    /s/
Michael S. Dowler
Park, Vaughan, Fleming & Dowler, LLP
5847 San Felipe, Suite 1700
Houston, TX 77057
(713) 821-1540
(713) 821-1401 (facsimile)

Attorneys for Plaintiff Hoyt A. Fleming

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 27th day of January 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. To the extent any of the foregoing was filed under seal, each of the following parties or counsel was served by email.

| | |
|---|---|
| Gregory F. Ahrens<br>Wood, Herron & Evans, L.L.P.<br>441 Vine Street, 2700 Carew Tower<br>Cincinnati, Ohio 45202-2917 | Bryce J. Yoder<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202 |
| Brett A. Schatz<br>Wood, Herron & Evans, L.L.P.<br>441 Vine Street, 2700 Carew Tower<br>Cincinnati, Ohio 45202-2917 | Rachael A Rowe<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202 |
| Bradlee R. Frazer<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702 | Keely E. Duke<br>Duke Scanlan Hall PLLC<br>1087 W. River Street, Suite 300<br>Boise, ID 83702 |
| Steven F. Schossberger<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702 | Robert B. White<br>Givens Pursley LLP<br>601 West Bannock Street<br>Boise, ID 83702 |
| Brian P. Muething<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202 | Timothy P. Getzoff<br>Holland & Hart LLP<br>800 West Main Street, Suite 1750<br>Boise, ID 83702 |
| J. Walter Sinclair<br>Holland & Hart LLP<br>800 West Main Street, Suite 1750<br>Boise, ID 83702 | |

                                          /s/
                                   Michael S. Dowler