Michael S. Dowler
Park, Vaughan, Fleming & Dowler LLP
5847 San Felipe, Suite 1700
Houston, TX  77057
Telephone:  713.821.1540
Facsimile:  713.821.1401
Email:  mike@parklegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>　　　　　Plaintiff,<br>v.<br><br>ESCORT INC., ET. AL,<br><br>　　　　　Defendants. | Case No. 1:12-cv-0066-BLW<br><br>PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ORAL ARGUMENT (DKT. NO. 217) |

The entirety of defendants' motion seeking oral argument consists of a single sentence stating:  "Defendants Escort, Inc. and Beltronics USA, Inc. believe that oral argument will assist this Court in deciding [Mr. Fleming's motion]; and, therefore respectfully requests [sic] that a hearing be set accordingly".  (Dkt. No. 217, Motion at p. 1.)  This threadbare claim could be made about every motion the Court considers, and yet it is Mr. Fleming's understanding—based on the past six years of the parties' litigation—that it is not this Court's practice to hold a hearing on all matters.  Indeed, the Court has decided hundreds of disputes between the parties (none of which was reversed on appeal), where only two (both preliminary injunction issues) necessitated a hearing.

Worse, as defendants' motion shows, defendants have failed to advance any fact or argument supporting their present request for a hearing and, assuming they have a supporting argument, they have sandbagged the issue by failing to articulate the basis for their stated belief

that oral argument is necessary. Either way, as defendants' prior briefing in this case shows, defendants have presented nothing to warrant either a hearing or a second opportunity to explain themselves in a forthcoming Reply brief. (*See* Dkt. No. 156, Escort Sur-Reply at p. 3 ("Fleming still may not [present an argument] for the first time in a reply brief. *Brown v. Citicorp Credit Services, Inc.,* Case No. 12-cv-62-BLW, 2013 U.S. Dist. LEXIS 24913, at *10 n. 4 (D. Idaho Feb. 21, 2013 (J. Winmill) ('By waiting until its reply brief to raise this issue, Citicorp gave Brown no opportunity to respond. It would therefore be unfair for the Court to consider Citicorp's argument.')").)

Finally, defendants' present motion is not their only request for a hearing. Defendants recently filed another, equally threadbare request for a hearing on another one of Mr. Fleming's pending, fully-briefed motions. (Dkt. No. 206, Request for Oral Argument.) In the briefing cycle for that motion, defendants did not even file a reply brief in support of their hearing request. Thus, while (here) defendants again have failed to provide the Court with any basis on which to grant their request for a hearing, defendants appears to believe they are entitled to a hearing on all matters based solely on their unsubstantiated request for a hearing.

Accordingly, because defendants have done nothing to warrant or explain why a hearing is necessary, defendants' request should be denied. Nevertheless, to the extent the Court believes it needs any additional information from Mr. Fleming before ruling on his pending motion, Mr. Fleming stands ready to provide the Court that information, whether at a hearing or otherwise.

February 19, 2015               Respectfully Submitted

                                /s/
                                Michael S. Dowler
                                Park, Vaughan, Fleming & Dowler, LLP

5847 San Felipe, Suite 1700
Houston, TX 77057
(713) 821-1540
(713) 821-1401 (facsimile)

Attorneys for Plaintiff Hoyt A. Fleming

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 19th day of February 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. To the extent any of the foregoing was filed under seal, each of the following parties or counsel was served by email.

| | |
|---|---|
| Bradlee R. Frazer<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702<br><br>Steven F. Schossberger<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702<br><br>Brian P. Muething<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>J. Walter Sinclair<br>Holland & Hart LLP<br>800 West Main Street, Suite 1750<br>Boise, ID 83702<br><br>Timothy P. Getzoff<br>Holland & Hart LLP<br>800 West Main Street, Suite 1750<br>Boise, ID 83702 | Bryce J. Yoder<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>Rachael A Rowe<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>Keely E. Duke<br>Duke Scanlan Hall PLLC<br>1087 W. River Street, Suite 300<br>Boise, ID 83702<br><br>Robert B. White<br>Givens Pursley LLP<br>601 West Bannock Street<br>Boise, ID 83702 |

                                                            /s/
                                                     Michael S. Dowler