Michael S. Dowler
Park, Vaughan, Fleming & Dowler LLP
5847 San Felipe, Suite 1700
Houston, TX  77057
Telephone:  713.821.1540
Facsimile:  713.821.1401
Email:  mike@parklegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING, <br><br> Plaintiff, <br> v. <br><br> ESCORT INC., ET. AL, <br><br> Defendants. | Case No. 1:12-cv-0066-BLW <br><br> PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR STATUS CONFERENCE AND/OR VOLUNTARY CASE MANAGEMENT CONFERENCE (DKT. NO. 218) |

Defendants' request for a status conference and/or voluntary case management conference is unnecessary and moot.  The Court, subsequent to defendants' present motion, granted the parties' request for a conference with Mr. Metcalf addressing all the issues raised in defendants' present motion and more.  That conference is to be held in four days, on February 24, 2015.  Moreover, it is anticipated that Mr. Metcalf will be available for additional ad-hoc conferences when needed.

February 20, 2015			Respectfully Submitted

				  /s/
				Michael S. Dowler
				Park, Vaughan, Fleming & Dowler, LLP
				5847 San Felipe, Suite 1700
				Houston, TX 77057
				(713) 821-1540
				(713) 821-1401 (facsimile)

				Attorneys for Plaintiff Hoyt A. Fleming

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of February 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. To the extent any of the foregoing was filed under seal, each of the following parties or counsel was served by email.

| | |
|---|---|
| Gregory F. Ahrens<br>Wood, Herron & Evans, L.L.P.<br>441 Vine Street, 2700 Carew Tower<br>Cincinnati, Ohio 45202-2917<br><br>Brett A. Schatz<br>Wood, Herron & Evans, L.L.P.<br>441 Vine Street, 2700 Carew Tower<br>Cincinnati, Ohio 45202-2917<br><br>Bradlee R. Frazer<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702<br><br>Steven F. Schossberger<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702<br><br>Brian P. Muething<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>J. Walter Sinclair<br>Holland & Hart LLP<br>800 West Main Street, Suite 1750<br>Boise, ID 83702 | Bryce J. Yoder<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>Rachael A Rowe<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>Keely E. Duke<br>Duke Scanlan Hall PLLC<br>1087 W. River Street, Suite 300<br>Boise, ID 83702<br><br>Robert B. White<br>Givens Pursley LLP<br>601 West Bannock Street<br>Boise, ID 83702<br><br>Timothy P. Getzoff<br>Holland & Hart LLP<br>800 West Main Street, Suite 1750<br>Boise, ID 83702 |

        /s/
   Michael S. Dowler