IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>          Plaintiff,<br><br>v.<br><br>ESCORT, INC., et al.,<br><br>          Defendants. | Case No.  1:12-CV-066-BLW<br><br>**ORDER** |

    The Court's Law Clerk and counsel held a telephone status conference on February 24, 2015, and reached agreements that are set forth below.

    NOW THEREFORE IT IS HEREBY ORDERED, that the Clerk shall send a Litigation Plan to counsel (from which a Case Management Order shall eventually be entered) and schedule a time for a telephone scheduling conference to discuss the Litigation Plan.

    IT IS FURTHER ORDERED, that defendants shall provide supplemental answers to Fleming's Interrogatory No. 2 on or before April 30, 2015.

    IT IS FURTHER ORDERED, that the defendants shall produce documents relevant to the ESC17363 issue on or before April 10, 2015.

    IT IS FURTHER ORDERED, that the parties continue to work toward an agreement on the ESI collection and production.

    IT IS FURTHER ORDERED, that at the hearing contemplated by the Court's recent decision (docket no. 231), the Court would consider any motions to reconsider that

decision to be filed by the parties. The parties shall agree to a briefing schedule on any such motions and then contact the Court's Clerk Jamie Gearhart (jamie_gearhart@id.uscourts.gov) to set a hearing date. The hearing will be one hour in length with each side allotted thirty minutes for legal argument.

    IT IS FURTHER ORDERED, that the Response (docket no. 96) may be unsealed and open to the public.

DATED: February 24, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court