Michael S. Dowler
Park, Vaughan, Fleming & Dowler LLP
5847 San Felipe, Suite 1700
Houston, TX  77057
Telephone:  713.821.1540
Email:  mike@parklegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>             Plaintiff,<br>v.<br><br>ESCORT, INC., et al.,<br><br>             Defendants. | Case No. 1:12-cv-0066-BLW<br><br>PLAINTIFF'S FEE PETITION IN RESPONSE TO THE COURT'S DIRECTION AT DKT. NO. 231 |

On February 19, 2015, the Court held as follows:

> Once again, Escort has caused Fleming to undergo needless and wasteful discovery expenses.  Consequently, the Court will once again award attorney fees to Fleming to reimburse it for these unnecessary fees and expenses….The Court will grant that part of the motion seeking attorney fees and costs Fleming incurred because of the manner in which Escort produced ESC18692….The Court will direct Fleming to file within ten days an affidavit of the fees and costs it incurred in attempting to obtain Version 2.46 from ESC18692.

(Dkt. No. 231, Order at p. 7.)  Two declarations are attached hereto as Exhibits 1-2.  Exhibit 1 is the declaration of Michael Dowler averring that the substantiated fees associated with his effort incurred because of the manner in which Escort produced ESC18692 are $33,492.  Exhibit 2 is the declaration of Hoyt Fleming averring that the substantiated fees associated with his effort incurred because of the manner in which Escort produced ESC18692 are $14,009.  Thus, the total fees are $47,501 ($33,492 + $14,009).  Mr. Fleming requests an order compelling defendants and/or defense counsel to pay the total fees immediately.

March 2, 2015                              Respectfully Submitted

                                            /s/
                                           Michael S. Dowler
                                           Park, Vaughan, Fleming & Dowler, LLP
                                           5847 San Felipe, Suite 1700
                                           Houston, TX 77057
                                           (713) 821-1540
                                           (713) 821-1401 (facsimile)

                                           Attorneys for Plaintiff Hoyt A. Fleming

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of March 2015, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons. To the extent any of the foregoing was filed under seal, I have also concurrently served the following persons by email as indicated below.

| | |
|---|---|
| Bradlee R. Frazer<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702<br><br>Steven F. Schossberger<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702<br><br>Brian P. Muething<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>J. Walter Sinclair<br>Holland & Hart LLP<br>800 West Main Street, Suite 1750<br>Boise, ID 83702<br><br>Timothy P. Getzoff<br>Holland & Hart LLP<br>800 West Main Street, Suite 1750<br>Boise, ID 83702 | Bryce J. Yoder<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>Rachael A. Rowe<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>Keely E. Duke<br>Duke Scanlan Hall PLLC<br>1087 W. River Street, Suite 300<br>Boise, ID 83702<br><br>Robert B. White<br>Givens Pursley LLP<br>601 West Bannock Street<br>Boise, ID 83702 |

/s/
Michael S. Dowler