J. Walter Sinclair (ISB#2243)
E-mail: *jwsinclair@hollandhart.com*
Timothy P. Getzoff (*admitted pro hac vice*)
E-mail: *tgetzoff@hollandhart.com*
Brian C. Wonderlich (ISB#7758)
E-mail: *bcwonderlich@hollandhart.com*
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for Defendants Escort, Inc. and Beltronics USA, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| HOYT A. FLEMING, | Case No. 1:12-CV-066-BLW |
|---|---|
| Plaintiff, | **ESCORT, INC. AND BELTRONICS USA, INC.'S COMPLIANCE OF ORDER (Dkt 227) TO PLAINTIFF'S MOTION TO COMPEL ACCUSED PRODUCT DESCRIPTIONS AND RELATED MOTION FOR SANCTIONS (DKT 146)** |
| v. | |
| ESCORT, INC., et al., | |
| Defendants. | |

Defendants Escort, Inc. and Beltroncis USA, Inc. hereby inform the Court of their compliance with the Court's February 13, 2015 Order. On March 23, 2015, Defendants sent product descriptions to Plaintiff as required by the February 13, 2015 Order.

DATED March 25, 2015

        HOLLAND & HART LLP

        By s/J. Walter Sinclair _____
         J. Walter Sinclair
         Timothy P. Getzoff

         *Attorneys for Defendants, Escort, Inc. and Beltronics USA, Inc.*

**NOTICE OF COMPLIANCE - 1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of March, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Steven S. Schossberger | sschossberger@hawleytroxell.com |
| Bradlee R. Frazer | bfrazer@hawleytroxell.com |
| Michael S. Dowler | mike@parklegal.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| Brian P. Muething | bmuething@kmklaw.com |
| Bryce James Yoder | byoder@kmklaw.com |
| Keely E. Duke | ked@dukescanlan.com |
| Rachael Anne Rowe | rrowe@kmklaw.com |
| Robert Blaine White | rbw@givenspursley.com |

*Attorneys for Best Buy Co., Inc.; Amazon.com, Inc.; Hayneedle, Inc; Fry's Electronics; Herrington Catalog; Buy Radar Detectors, Inc.; Best Radar Detectors; ABT, Inc.; J&R Music and Computer World; Sears Holding Corp.; 1stRadarDetectors; Beach Camera/Buydig.com, Inc.; AM Merchandising, Inc.; Excel Distributing, Inc.; DBSouth, Inc.; Fulfillment Services, Inc.; Car Toys, Inc.; DAS Distributors, Inc.;*

s/J. WALTER SINCLAIR _____
for HOLLAND & HART LLP

**NOTICE OF COMPLIANCE - 2**