J. Walter Sinclair (ISB#2243)
E-mail: *jwsinclair@hollandhart.com*
Timothy P. Getzoff (*admitted pro hac vice*)
E-mail: *tgetzoff@hollandhart.com*
Brian C. Wonderlich (ISB
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for Defendant Escort, Inc. and
Beltronics USA, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| HOYT A. FLEMING, | Case No. 1:12-CV-066-BLW |
|---|---|
| Plaintiff, | **DEFENDANT ESCORT, INC. AND BELTRONICS USA, INC.'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR SANCTIONS DUE TO SPOLIATION AND FRAUD (DKT 221) AND SECOND MOTION FOR SANCTIONS DUE TO SPOLIATION OF EVIDENCE (DKT. 223)** |
| v. | |
| ESCORT, INC., et al., | |
| Defendants. | |

Defendants Escort, Inc. and Beltronics USA, Inc. ("Escort") respectfully submit this Request for Oral Argument on Plaintiff's Motion for Sanctions Due to Spoliation of Evidence and Fraud (Dkt. 221) and Plaintiff's Second Motion for Sanctions Due to Spoliation of Evidence (Dkt. 223).

Escort makes this request pursuant to Federal Rule of Civil Procedure 78(a), which provides the Court with discretion to hold hearings on pending motions. While oral argument is not necessary on every motion, Escort respectfully suggests that oral argument will assist the Court in deciding Plaintiff's most recently filed motions for sanctions based upon purported

**DEFENDANT ESCORT, INC. AND BELTRONICS USA, INC.'S REQUEST FOR ORAL ARGUMENT** - 1

spoliation of evidence (Dkts. 221 and 223).  In the latest motions for sanctions, Plaintiff once again argues that Escort spoliated evidence and otherwise acted improperly.  Plaintiff seeks a directed verdict in his favor and substantial attorneys' fees and costs resulting from the alleged spoliation.

As a matter of fairness and in view of the complexity of the issues raised by the briefing and the sanctions requested, Escort respectfully requests that the Court permit oral argument on the pending motions.  This will allow the parties the opportunity to address any questions the Court may have that are not resolved by the briefing.  Escort believes that such an opportunity will benefit both parties as well as the Court.

For the foregoing reasons, Escort respectfully requests that the Court schedule a hearing on the pending motions for sanctions.

DATED March 26, 2015

        HOLLAND & HART LLP

        By s/J. Walter Sinclair _____
         J. Walter Sinclair
         Timothy P. Getzoff
         Brian C. Wonderlich

         *Attorneys for Defendants, Escort, Inc. and Beltronics USA, Inc.*

**DEFENDANT ESCORT, INC. AND BELTRONICS USA, INC.'S REQUEST FOR ORAL ARGUMENT** - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of March, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Steven S. Schossberger | sschossberger@hawleytroxell.com |
| Bradlee R. Frazer | bfrazer@hawleytroxell.com |
| Michael S. Dowler | mike@parklegal.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| Brian P. Muething | bmuething@kmklaw.com |
| Bryce James Yoder | byoder@kmklaw.com |
| Keely E. Duke | ked@dukescanlan.com |
| Rachael Anne Rowe | rrowe@kmklaw.com |

*Attorneys for Best Buy Co., Inc.; Amazon.com, Inc.; Hayneedle, Inc; Fry's Electronics; Herrington Catalog; Buy Radar Detectors, Inc.; Best Radar Detectors; ABT, Inc.; J&R Music and Computer World; Sears Holding Corp.; 1stRadarDetectors; Beach Camera/Buydig.com, Inc.; AM Merchandising, Inc.; Excel Distributing, Inc.; DBSouth, Inc.; Fulfillment Services, Inc.; Car Toys, Inc.; DAS Distributors, Inc.;*

| | |
|---|---|
| Brett A. Schatz | bschatz@whe-law.com |
| Gregory F. Ahrens | gahrens@whepatent.com |

*Attorneys for Beltronics USA, Inc.*

 

                                                     s/ J. Walter Sinclair _____
                                                     for HOLLAND & HART LLP

**DEFENDANT ESCORT, INC. AND BELTRONICS USA, INC.'S REQUEST FOR ORAL ARGUMENT** - 3