IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING, | |
| Plaintiff, | Case No. 1:12-CV-066-BLW |
| v. | **STATUS CONFERENCE ORDER** |
| ESCORT, INC., et al., | |
| Defendants. | |

Pursuant to a conference held between the Court's Law Clerk and counsel, the following agreements were reached:

1. **Next Telephone Conference:** April 23, 2015, at 10:00 a.m. MDT

2. **Search Terms**: The parties have a disagreement over the breadth of search terms. No agreement could be reached on the terms themselves, but the parties did agree that Escort would run the terms proposed by both parties to at least obtain results identifying the amount of material retrieved. That will provide a rough comparison that might be of some assistance in determining which search terms best balance results with expense. Escort will notify Fleming and the Court's Law Clerk when it obtains those results.

3. **Reconsideration Hearing**: The Court's Clerk will send out a notice next week setting a hearing date for the motion for reconsideration that Escort will be filing soon.

4. **Case Management Order**:  The parties are diligently working toward agreement on the CMO.

5. **Sur-Reply Brief**:  Escort will be filing a motion to allow filing of a sur-reply brief.

6. **Production of ESC17363 Material**:  Escort will produce this discovery material on or before May 11, 2015.

7. **Privilege Log:**  Escort will produce a native version of its privilege log on or before April 6, 2015.

8. **Response to Third Set of Document Requests:**  Escort will need time to respond to this discovery request.  Escort's counsel will have its vendor retrieve documents, and will then propose a deadline for its answer, depending on the size of the retrieval.  The size may be massive given that Escort's new counsel intends on doing an entirely new search for, and production of, documents.  Thus, it may take a few weeks to determine the size and for Escort to propose this deadline.

DATED: March 27, 2015

B. Lynn Winmill
Chief Judge
United States District Court