J. Walter Sinclair (ISB#2243)
E-mail: *jwsinclair@hollandhart.com*
Timothy P. Getzoff (*admitted pro hac vice*)
E-mail: *tgetzoff@hollandhart.com*
Brian C. Wonderlich (ISB#7758)
E-mail: *bcwonderlich@hollandhart.com*
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for Defendants Escort, Inc. and
Beltronics USA, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| HOYT A. FLEMING,<br><br>    Plaintiff,<br>v.<br><br>ESCORT, INC., et al.,<br><br>    Defendants. | Case No.  1:12-CV-066-BLW<br><br>**ESCORT, INC. AND BELTRONICS USA, INC.'S COMPLIANCE OF ORDER (Dkt 231) TO PLAINTIFF'S MOTION TO COMPEL (Dkt 196)** |
|---|---|

      Defendants Escort, Inc. and Beltroncis USA, Inc. hereby inform the Court of their compliance with the Court's February 19, 2015 Order.  On April 1, 2015, Defendants sent the requested Chart with requested information to Plaintiff as required by the February 19, 2015 Order.

      DATED April 2, 2015

                            HOLLAND & HART LLP


                            By s/J. Walter Sinclair _____
                               J. Walter Sinclair
                               Timothy P. Getzoff

**NOTICE OF COMPLIANCE - 1**

*Attorneys for Defendants, Escort, Inc. and Beltronics USA, Inc.*

**NOTICE OF COMPLIANCE - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of April, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Steven S. Schossberger | sschossberger@hawleytroxell.com |
| Bradlee R. Frazer | bfrazer@hawleytroxell.com |
| Michael S. Dowler | mike@parklegal.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| Brian P. Muething | bmuething@kmklaw.com |
| Bryce James Yoder | byoder@kmklaw.com |
| Keely E. Duke | ked@dukescanlan.com |
| Rachael Anne Rowe | rrowe@kmklaw.com |
| Robert Blaine White | rbw@givenspursley.com |

*Attorneys for Best Buy Co., Inc.; Amazon.com, Inc.; Hayneedle, Inc; Fry's Electronics; Herrington Catalog; Buy Radar Detectors, Inc.; Best Radar Detectors; ABT, Inc.; J&R Music and Computer World; Sears Holding Corp.; 1stRadarDetectors; Beach Camera/Buydig.com, Inc.; AM Merchandising, Inc.; Excel Distributing, Inc.; DBSouth, Inc.; Fulfillment Services, Inc.; Car Toys, Inc.; DAS Distributors, Inc.;*

        s/J. WALTER SINCLAIR _____
        for HOLLAND & HART LLP

**NOTICE OF COMPLIANCE - 3**