Michael S. Dowler
Park, Vaughan, Fleming & Dowler LLP
5847 San Felipe, Suite 1700
Houston, TX  77057
Telephone:  713.821.1540
Facsimile:  713.821.1401
Email:  mike@parklegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>　　　　　Plaintiff,<br>v.<br><br>ESCORT INC., ET. AL,<br><br>　　　　　Defendants. | Case No. 1:12-cv-0066-BLW<br><br>PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ORAL ARGUMENT (DKT. NO. 249) |

　　　Defendants' motion seeks oral argument based on two statements: (1) "[a]s a matter of fairness and in view of the complexity of the issues raised by the briefing and the sanctions requested"; and (2) "[the requested hearing] will allow the parties the opportunity to address any questions the Court may have that are not resolved by the briefing".  (Dkt. No. 249, Motion at p. 2.)  It is Mr. Fleming's understanding—based on the past six years of the parties' litigation—that it is not this Court's practice to hold a hearing unless it believes one is necessary.  Indeed, the Court has decided hundreds of complex disputes between the parties (none of which was reversed on appeal), where only two (both preliminary injunction issues) necessitated a hearing.  Moreover, until now, defendants have never suggested the Court's practice has been unfair.

　　　Accordingly, because defendants have done nothing to warrant or explain why the Court should depart from its standard practice regarding hearings, defendants' request should be denied.  If, however, the Court believes it needs any additional information before ruling on Mr.

2

Fleming's pending motions, Mr. Fleming stands ready to provide the Court that information, whether at a hearing or otherwise.

| | |
|---|---|
| April 8, 2015 | Respectfully Submitted |
| | _____/s/_____ |
| | Michael S. Dowler |
| | Park, Vaughan, Fleming & Dowler, LLP |
| | 5847 San Felipe, Suite 1700 |
| | Houston, TX 77057 |
| | (713) 821-1540 |
| | (713) 821-1401 (facsimile) |
| | |
| | Attorneys for Plaintiff Hoyt A. Fleming |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of April 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. To the extent any of the foregoing was filed under seal, each of the following parties or counsel was served by email.

| | |
|---|---|
| Bradlee R. Frazer<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702<br><br>Steven F. Schossberger<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702<br><br>Brian P. Muething<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>J. Walter Sinclair<br>Holland & Hart LLP<br>800 West Main Street, Suite 1750<br>Boise, ID 83702<br><br>Timothy P. Getzoff<br>Holland & Hart LLP<br>800 West Main Street, Suite 1750<br>Boise, ID 83702 | Bryce J. Yoder<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>Rachael A Rowe<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>Keely E. Duke<br>Duke Scanlan Hall PLLC<br>1087 W. River Street, Suite 300<br>Boise, ID 83702<br><br>Robert B. White<br>Givens Pursley LLP<br>601 West Bannock Street<br>Boise, ID 83702 |

                                                      /s/
                                           Michael S. Dowler