Michael S. Dowler
Park, Vaughan, Fleming & Dowler LLP
5847 San Felipe, Suite 1700
Houston, TX  77057
Telephone:  713.821.1540
Email:  mike@parklegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>        Plaintiff,<br>v.<br><br>ESCORT INC., ET. AL,<br><br>        Defendants. | Case No. 1:12-cv-0066-BLW<br><br>PLAINTIFF'S REPLY IN SUPPORT OF HIS CROSS MOTION TO COMPEL COMPLIANCE WITH THE IDAHO RULES OF PROFESSIONAL CONDUCT (DKT. NO. 253) |

Defendants and their former counsel were caught committing fraud in connection with their pleadings, Local Patent Rule disclosures, and discovery responses.  (Dkt. Nos. 178, 208, Orders.)  Defendants now argue they should not be ordered to remove their fraud from the case, and that any order requiring them to do so would be "nothing less than harassment" (Opp. Br. at p. 2), "devoid of any law, logic or standing", (*id*. at p. 3), and lacking "any recognizable benefit to the Court or the parties" (*id*. at p. 4).  Defendants' desire to litigate and try this case on a record admittedly chock-full of fraud obviously is nonsensical.

More importantly, as shown below, the Court recently entered an order in connection with the same motion from which this cross-motion springs, compelling defendants to remove their fraud from their Answer and Counterclaim:

> IT IS FURTHER ORDERED, that all references to ESC17363 [*i.e.,* the fraudulently advanced source code], all references to lines of code contained

>therein, and any defense relying on ESC17363 in Escort's Answer and Counterclaim are DEEMED STRICKEN, and Escort shall file[] an Amended Answer and Counterclaim without those references within thirty (30) days from the date of this decision.

(Dkt. No. 268, Order at p. 5 (emphasis original).)  Thus, part of Mr. Fleming's motion already has been granted.

For the same reasons the Court ordered Escort to remove its fraud from its pleadings, Mr. Fleming requests an order compelling Escort to remove its fraud from its Local Patent Rule disclosures and discovery responses.  Since defendants have previously argued they were under no timetable to comply with prior Court orders that did not give them a compliance deadline, Mr. Fleming further requests that defendants be ordered to comply with the Court's order within 30 days.

April 22, 2015                                      Respectfully Submitted

                                                                       /s/
                                        Michael S. Dowler
                                        Park, Vaughan, Fleming & Dowler, LLP
                                        5847 San Felipe, Suite 1700
                                        Houston, TX 77057
                                        (713) 821-1540
                                        (713) 821-1401 (facsimile)

                                        Attorneys for Plaintiff Hoyt A. Fleming

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of April 2015, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons. To the extent any of the foregoing was filed under seal, I have also concurrently served the following persons by email as indicated below.

| | |
|---|---|
| Bradlee R. Frazer<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702<br><br>Steven F. Schossberger<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702<br><br>Brian P. Muething<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>J. Walter Sinclair<br>Holland & Hart LLP<br>800 West Main Street, Suite 1750<br>Boise, ID 83702<br><br>Timothy P. Getzoff<br>Holland & Hart LLP<br>800 West Main Street, Suite 1750<br>Boise, ID 83702 | Bryce J. Yoder<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>Rachael A. Rowe<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br><br>Keely E. Duke<br>Duke Scanlan Hall PLLC<br>1087 W. River Street, Suite 300<br>Boise, ID 83702<br><br>Robert B. White<br>Givens Pursley LLP<br>601 West Bannock Street<br>Boise, ID 83702 |

/s/
Michael S. Dowler