# EXHIBIT 1

| | |
|---|---|
| To: | Anita Freeman[afreeman@whe-law.com] |
| From: | Brett Schatz |
| Sent: | Thur 3/14/2013 5:27:53 PM |
| Importance: | Normal |
| Subject: | FW: Revised Source Code |

<u>Source C File for GPS Processor.zip</u>
<u>Line Number Relating to Fleming Redesign.xls</u>

Anita,

The "Line Number...." document is simply for the file.

The "Source C file..." has in it a source code file - this will need to be prepared for production (it should be ESC 17363).

Thanks,
Brett

-----Original Message-----
From: Steve Orr [mailto:skorr@escortinc.com]
Sent: Wednesday, March 13, 2013 4:43 PM
To: Brett Schatz; Tom Humphrey
Subject: RE: Revised Source Code

Resending as the previous note had an earlier version of these files.
_____
From: Steve Orr
Sent: Wednesday, March 13, 2013 4:40 PM
To: Brett Schatz; Thumphrey@whepatent.com
Subject: RE: Revised Source Code

Brett-

The source file is zipped into the attachment. The spreadsheet with line numbers is also attached.

The source file is used as follows: When we want to create a firmware update for an existing product, which does not require the modifications to avoid the 3rd reissued patent, we set the compile switch "GeometricAnalysisMethod" to 0. To create an update for new products going forward, this switch is set to 1. This makes it possible to manage updates without having to modify multiple files. It also makes it easy to see how the design changes itself to avoid Fleming. All of the line number reference show sections that contain the following:

#if GeometricAnalysisMethod

C code for products going forward

#else

C code used in prior products

#endif

How soon do you plan on sending all of this?

Steve

---

From: Brett Schatz [bschatz@whe-law.com]
Sent: Wednesday, March 13, 2013 10:20 AM
To: Steve Orr
Cc: Tom Humphrey
Subject: RE: Revised Source Code

Steve,

Thanks for your note.  I will wait until it is complete.

Thanks,
Brett

-----Original Message-----
From: Steve Orr [mailto:skorr@escortinc.com]
Sent: Wednesday, March 13, 2013 10:13 AM
To: Brett Schatz
Cc: Tom Humphrey
Subject: RE: Revised Source Code

Hi Brett-

I've nearly finished going through the source file. Do you want it now, before the line # list is complete? This seems like a good idea if you are planning on going through the file to see the changes and "names/labels" used.

The new updated firmware contains sections like:

#if old code

xyz

#else // new code

abc

#endif

This makes it possible to compare xyz to abc so any reader can see the before and after sections.

Steve

From: Brett Schatz [bschatz@whe-law.com]
Sent: Wednesday, March 13, 2013 10:11 AM
To: Steve Orr
Cc: Tom Humphrey
Subject: Revised Source Code

Steve,

As a follow up to our call last week, when you are able, please send to me the native version of the revised source code.

Thanks,
Brett

Brett A. Schatz, Esq.
Partner
[email_sig_logo]<http://www.whe-law.com/>
Wood Herron & Evans LLP
2700 Carew Tower | 441 Vine Street | Cincinnati, Ohio 45202-2917
P: 513-241-2324 | F: 513-241-6234
www.whe-law.com<http://www.whe-law.com/>

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.