# EXHIBIT 2

|   | A | B |
|---|---|---|
| 1 | 8/8/2012 | Escort/Fleming: Tom Humphrey texts that we have 2 weeks to make modifications to GPS products to avoid Fleming's 3rd reissue patent. Teleconference with Telit's Jim Daniels again for status and ask for modified J30's without a heading field in the Geodetic Nav report MID within the 2 week deadline. |
| 2 | 8/16/2012 | GPS/Fleming: Continue evaluation of Jupiter reporting method for processing the ECEF alternative message type needed to avoid messages containing heading. Succeed in reconfiguring the Jn3 to report the ECEF message and computationally project its XYZ coordinate system back into the current Lat/Long/Altitude format. |
| 3 | 8/24/2012 | GPS/Fleming: Continue to evolve a strategy for avoiding the use of heading-angle in various functions within the GPS-related product family, settling on a method that involves the Dot-Product relationship and vector components based on a normalized & filtered vector. Write an updated application and publish the strategy for Tom Humphrey to review. In particular, discover yet another lockout algorithm (the reoccurrence method) in the existing design that is also based on vehicle heading and develop an algorithm to eliminate this requirement. |
| 4 | 8/29/2012 | Escort/Fleming: Continue testing various Red Light camera examples with revised method based on Vector Dot Product & Digital Filter with good results but question integrity of secondary heading in database. |
| 5 | 8/30/2012 | Escort/Fleming: Complete testing the Dot Product method in the field and adjust filtering parameters to optimize results. Then Review Tom's 8/27 email on methods needed to optimize the Dot Product method from a legal perspective and summarize inconsistencies by listing pseudo-code of unit-vector generation method. Then rewrite the reoccurrence method using the proposed ms-nibble of the filtered dx-dy components and test portions of this method with good results. |
| 6 | 8/31/2012 | Escort/Fleming: Research implications of Tom's Humphrey proposal (4) to rework the GPS reoccurrence method by incorporating extra variables in each lockout record to avoid calculating any variables that correspond to vehicle heading or a unit-vector related to heading. Then generate a counter-proposal based on method (5) that involves managing the signal incidence statistics differently so as to avoid the use of individual heading bits within each frequency stat. Teleconference with Tom and agree on development strategy based on this method. Rework much of the GPS C source file to use this method. |
| 7 | 9/4/2012 | Escort/Fleming: Conclude the rewrite to eliminate use of heading variable in the adaptive lockout method and replace it with a statistical method. Test numerous examples of this process, while refining execution times. Summarize via pseudo-code for Tom Humphrey and revise sections in order to meet his documentation expectations for an inevitable deposition on Fleming's 3rd reissue patent. |
| 8 | 9/5/2012 | Escort/Fleming: Following teleconference with Brett Schatz, modify the GPS C sources to meet the requirements that will allow an expected comparison of the design to the prior configuration based on GPS-reported heading information. Test mark location and lockout behavior under varying product configurations to confirm performance. Work through remaining issues to confirm that current configuration remains compatible with non-US models. **Redacted**  **Redacted** |

| | A | B |
|---|---|---|
| 9 | 9/6/2012 | Escort/Fleming: Now that the product appears to function ok using the 3D coordinate system (ECEF), there are concerns that the conversion from XYZ space to Lat/Long/Alt will provide acceptable precision everywhere on the planet. Write a VB application to convert back and forth between ECEF & Lat/Long/Alt using the IEEE floating point precision in the CodeVision C compiler and compare results with full 64-bit floating point precision throughout the planet at grid-oriented coordinates. Precision is acceptable everywhere but near the North & South pole. |
| 10 | 9/17/2012 | Escort/Fleming: Consolidate spatial calculations associated with managing the reporting of red light cameras into the ECEF conversion functions to reduce overhead. Then work through Tom Humphrey's list of requests in relation to labels, #defines, and general organization. Begin to write the functions needed to automatically remove heading information from all existing non-database records; a solution also requested by Tom. |
| 11 | 10/2/2012 | Escort/Fleming: Correspond with Tom Humphrey to clarify question on whether existing database records in the field still need to have heading removed. Collect field data from Jn3 unit running ECEF configuration and update tools to allow analysis of data acquired for source of peculiar speed variations. |
| 12 | 10/4/2012 | Escort/Fleming: Continue evolving 4 new versions of the GPS firmware for the ix, gx65, 9500ci and Ql45 needed to replace current production versions. Tom Humphrey has eliminated the requirement that existing units in the field automatically remove their heading-based data. |
| 13 | 10/5/2012 | Escort/Fleming: Generate first set of updates for the 9500ix, 9500ci, and gx65 that all contain the new method for managing GPS reports to avoid the use of heading information. |
| 14 | 10/8/2012 | Escort/Fleming: Road test of ECEF-based method consistently produces 25 seconds of error in reported coordinates. Update design to record ECEF data and continue testing. GPS General: Begin to merge all variations of the GPS design, as it has become overly burdensome to manage all variations of this design. |
| 15 | 10/11/2012 | Escort/Fleming: Continue researching whether the power-up position error is common to all reporting modes, or just limited to the ECEF method. |
| 16 | 3/8/2013 | Teleconference with Brett Schatz on Fleming topics and need for documents that show how the design was revised to eliminate heading from the records |
| 17 | 3/12/2013 | Escort/Fleming: Work all of the GPS updates into the ECEF variation of the GPS application in preparation for generating a list of "Modified Lines" for Brett Schatz, who will prepare this information in response to Fleming's lawsuit associated with his 3rd reissue patent. |
| 18 | 3/13/2013 | Escort/Fleming: Work through all GPS product configurations and generate a list of "modified" lines that show how Escort changed the design to avoid infringing the 3rd reissued patent. |
| 19 | 3/14/2013 | Escort/Fleming: Correct comments in dot-product calculation so they don't imply that heading is received and update Brett's source |
| 20 | 3/15/2013 | Escort/Fleming: Teleconference with Brett Schatz to review GPS architecture and relationship to legal response he is preparing in Fleming lawsuit. Then review the C source code and associated labeling. Modify source code based on Brett's requests. |
| 21 | 3/20/2013 | Escort/Fleming: Review issues with Brett Schatz and modify source file to incorporate compiler switches using "Grid Method" based on his requests, sending updated source file 8.241 & 24.241 back to Brett |

|   | A | B |
|---|---|---|
| 22 | 3/27/2013 | Escort/Fleming: Acquire 9500ix updates from Jeff Stevens, summarize line number changes associated with the patent modifications needed to disassociate the product from the patent and send to Brett Schatz. Conference with Brett to discuss differences from last year's source numbering. |
| 23 | 4/17/2013 | discuss Brett Schatz's need for source files and associated line numbers that correspond to other claims in the Fleming '905 patent. Locate the Passport IQ, 9500i, 9500ix, and gx65/pro500 source files and generate summaries for Brett. |
| 24 | 4/24/2013 | 'GPS: Review mathematics of Dot-Product method that underlies decision that mark locations are being approached with Jeff Stevens. 8500ciPlus: Set up configuration supplied by Chad and finalize GPS update that will add a 3rd (soft) serial port. Then begin to debug changes that will allow GPS tools to use this port. GPS tool access has never been available in the 8500ciPlus and are needed to evaluate the recent updates to this product that were written to avoid Fleming patents. |
| 25 | 4/30/2013 | Fleming: Review status with Brett Schatz and his spreadsheet responding to the '905 patent infringement matter. GPS: Continue evaluating alternatives for calculating local time and discuss with Jim Daniels at Telit. Also review method with Jeff Stevens as the NMEA sentence he used has a different defect. |
| 26 | 5/7/2013 | Escort/Fleming: Review GPS-alternative design (variable lockout sensitivity) with Tom Humphrey. |
| 27 | 5/21/2013 | Fleming: Conference with Brett Schatz to provide details on all processors used in accused products & part numbers. |
| 28 | 7/17/2013 | Fleming: Teleconference with Brett Schatz on system architecture and location and method for calculations associated with moving direction. |
| 29 | 7/31/2013 | Fleming Lawsuit/K40/iPhone: Meet with Brett Schatz & Tom Humphrey on status and new lawsuits, itemizing their support requirements. Then sift through a list of Brett's questions on firmware solutions relating to Fleming's 3rd reissue patent. Redacted Redacted |
| 30 | 8/30/2013 | GPS/Fleming: Review hardware configuration with Chad Martin on method for connecting diagnostic gear to the 8500ciPlus as his preliminary testing not reporting Mark Locations, however later testing confirms that Mark Location reporting does work properly with the tools connected. Build and test a "Geometric" version 24.243 of the 9500ix for Chad with Data Collection enabled, which Chad reports - acquires unexpected error log data. |
| 31 | 8/31/2013 | GPS/Fleming: Continue researching performance questions using 9500ix hardware with 24.243, finding only one issue in the calendar conversion from the GPS ECEF reporting. Switch from JN3 to J30 receiver and repeat drives, given Chad's observations, but hardware performs well. |
| 32 | 9/3/2013 | GPS/Fleming: Working with Chad run experiments with Data-Collection versions of the 9500ix & 8500ci+INTL. Track down source of lock-up problem in both cases, which resulted from change associated with Fleming-update in the mark-location exit method. |
| 33 | 9/4/2013 | Escort/Fleming: Correspond with Rich Nebb on 1996 patent work, at Tom Humphrey's request. |
| 34 | 9/6/2013 | GPS/Fleming: Chad's testing continues to identify problems with field red light and speed camera mark location. Isolate issue to mechanism used to prevent heading angle insertion into these record types, a change that was also needed in the existing products since these mark locations don't use heading. Update to 24.247 with apparent resolution. |

|    | A | B |
|----|---|---|
| 35 | 9/9/2013 | GPS/Fleming: Review weekend test results with Chad as 9500ix tests well. Send 8500ci+ test version 27.247 for Monday morning tests and it also appears ok. Then generate GX65 26.247 and 9500ci version 25.247 to complete the update of the 4 accused products. |
| 36 | 9/13/2013 | GPS/Fleming: Brett Schatz calls to request details on the architectural differences between the PRO500 and the GX65 and for details on why the PRO500 appears to use the "xLP" version of the Jupiter 30 in contrast to the GX65. |
| 37 | 9/16/2013 | Escort/Fleming: Review details from Sheila and Ramesil on GPS device deployment in GX65 & PRO500. |
| 38 | 9/20/2013 | Escort/Fleming: Review source file interpretation question with Brett Schatz as he seeks clarification on deployment of headingless updated C source files and whether they included the PRO500 source C file. |
| 39 | 9/23/2013 | Escort/Fleming: Sift through old notebooks again in search of more details on GPS PCMCIA supplier and who handled purchasing at CMI at the time, and continue dialog with Tom & Brett at WH&E. |
| 40 | 9/24/2013 | Escort/Fleming: Tom calls to review deployment of changes that ignore GPS heading across various GPS receivers and products. |
| 41 | 9/26/2013 | Escort/Fleming: Ongoing dialog with Tom Humphrey, Brett Schatz and Jeff Stevens on strategy for bypassing Fleming's heading claim and the suitability of doing a local calculation of "angle to mark location" without receiving heading from the GPS receiver. Generate a project for STiR+ NA that uses the ECEF method for navigation as version 29. |
| 42 | 9/27/2013 | Escort/Fleming: Conference with Brett Schatz on his PRO500 documentation needs. Then acquire and consolidate source files from Jeff Stevens for version 2.45 and 3.46, sending consolidated source files to Brett. |
| 43 | 9/30/2013 | Escort/Fleming: Conference with Brett Schatz to discuss more documentation needs. Locate outdated version 10.198 of the GPS code & send while continuing search for version with original date. Generate revised Main code zip file containing original dates as the conversion eliminated the dates needed to meet Fleming's request. Multiple discussions with Brett & later Tom Humphrey on prosecution issues. |
| 44 | 10/2/2013 | Escort/Fleming: Brett Schatz requests every version of C source code for the Main and GPS processors in the 9500i, 9500ix, GX65, IQ, and Pro500 back to 2/13/12. |
| 45 | 10/3/2013 | Following John Larson's decision to restore the arrow displays on Escort products, review the existing ECEF design and email an updated design strategy to Tom Humphrey for restoring the arrow. Begin to rework the C source design files. |
| 46 | 10/4/2013 | Escort/Fleming John Larson & John Kuhn decide to proceed with the restoration of the product display arrows in all accused products given Tom Humphrey's opinion that locally calculating angle will avoid infringement. Continue reworking C source code as requested, however avoid the actual calculation of vehicle heading since the marker direction angle can also be calculated using vector geometry. |
| 47 | 10/7/2013 | Escort/Fleming: Conclude the rewrite of the C sources for the accused products using vector geometry and integrate this into the functions that also work with the Dot-Product method for assessing when markers are approached. Then conduct road test on revised 9500ix. |
| 48 | 10/8/2013 | Escort/Fleming: Continue to refine display arrow performance over series of drive tests and simulations, and prepare to release updated collection for GPS products. Brett Schatz requests older versions of GPS code for accused products going back to 11/2/10. Begin to organize these for Brett. |

|    | A | B |
|----|---|---|
| 49 | 10/9/2013 | Escort/Fleming: Conclude synthesis of 14 GPS updates based on new method for display angle to marker without receiving heading from GPS receiver, summarize test requirements, and email to everyone involved. Conclude search for older GPS versions for Brett and send updated zip files. |
| 50 | 10/11/2013 | Escort/Fleming: With John Larson's decision to allow use of locally calculated heading & Tom Humphrey's blessing, restore the lockout strategy data structures that are based on the use of heading along with all of the related sections of the c firmware design. This eliminates the requirement that future production versions of the GPS platforms must use different versions of firmware from past web-based updates as locally calculated heading has out-performed solutions that used GPS receiver reporting heading. |
| 51 | 10/15/2013 | Escort/Fleming: Continue conducting tests on revised GPS solution that uses locally calculated heading in lockout stat management with good results. Prepare a set of test version #250 for all 14 GPS platforms. Teleconference with Brett Schatz to discuss C source production status and get his final instructions to use "Direction Calculation Method" as software configuration switch name. |
| 52 | 10/16/2013 | Escort/Fleming: Review Chad's road test results using x.250 in 9500ix and 9500ci. No issues reported thus far. |
| 53 | 10/17/2013 | Escort/Fleming: Teleconference with Brett Schatz and Jeff Stevens on topics raised in Fleming's latest court documents. Complications exist in correlating document production numbers to revisions actually produced and how these exhibits relate to the timing of the PRO500 product history. Send sources for all accused C source files as x.250 to Brett. |
| 54 | 10/18/2013 | Escort/Fleming: Review heading angle software design methods with Tom Humphrey. |
| 55 | 10/21/2013 | Escort/Fleming: Research Tom Humphrey's request for details associated with Hilton-Head road data history from 1993 and summarize. |
| 56 | 10/24/2013 | Escort/Fleming: Review Fleming's latest correspondence with Brett Schatz in preparation for John Kuhn to sign another declaration on differences between PRO500 and GX65. |
| 57 | 11/4/2013 | Continue to develop strategy for MTR lockout capability in standard GPS processor. Teleconference with Chad Martin ahead of noon release of first version: 24.251 (will appear as 8.251) 9500ix code that does not "receive heading from GPS receiver, nor provide heading to other processors such as the main processor." |
| 58 | 11/6/2013 | Escort/Fleming: Correspond with Tom Humphrey on issues surrounding heading variables as they are sent via Bluetooth to the iPhone. Chad & Cliff report that the road test of 8.251 with speed display enabled will show 0mph with ramp-up to normal speed at unexpected times. Correspond with Tellit on this issue and create data collection version of 8.251 that will record all of the parameters in the ECEF report in order to clarify issue. |
| 59 | 11/7/2013 | Escort/Fleming: Teleconference with Brett Schatz on method for preparing source files. Continue dialog with Tom Humphrey & Brett to resolve Passport Max GPS reporting method. Review Cliff's data taken with diagnostic version 8.251. Then develop strategy for preventing the cases where the XYZ speed components drop to 0 and incorporate "filter" as solution in Jupiter C module & test. |
| 60 | 11/8/2013 | Escort/Fleming: Write and test a solution to the speed dropout problem in 8.253. Continue to research data collection "gap" question from Cliff, finding that the approximation used to determine date is compromising the data collection process. |

| | A | B |
|---|---|---|
| 61 | 11/11/2013 | **Redacted** **Redacted** GPS: Finalize version 8.253 now that speed dropout problem is resolved and send to Chad & Cliff for final approval. MTR Detection: Review with Mark & Bob, then generate 5 test versions for PC test board. Mark reports that the last version #10 is giving him the desired +3dB improvement. Bob's "pulse stretcher" version does not improve performance, so discard. GPS General: Multiple conversations with Jeff Stevens on proposed update to JN3 NMEA mode to Georgia at Tellit. **Redacted** **Redacted** |
| 62 | 11/14/2013 | Escort/Fleming: Brett Schatz explains that Fleming's latest motion to unseal the records from the 2012 trial could result in GPS product software being released to the public. Review documents and discuss implications of Escort's related contractual obligations to encrypt **Redacted** **Redacted** |
| 63 | 11/15/2013 | **Redacted** |
| 64 | 12/5/2013 | Escort/K40/Fleming: Teleconference with Brett Schatz on Escort policies for Software log documentation. Later send current logs to Brett. |
| 65 | 12/18/2013 | Release 9500ix version 8.255 to web for general use. |
| 66 | 1/2/2014 | Escort/K40/Fleming: Teleconference with Brett Schatz to review requirements for transferring copy of source code to Fleming, as a result of the 12/18 posting of 9500ix GPS firmware update to web. Later in the day, Chad Martin posts x.255 the 8500ci, gx65, and 9500ci on web as well. |
| 67 | 1/3/2014 | Escort/K40/Fleming: Collect and send source files x.255 to Brett Schatz. |
| 68 | 1/6/2014 | Escort/K40/Fleming: Send Chad's web release documents confirming version x.255 release to Brett Schatz. |
| 69 | 1/14/2014 | Escort/K40/Fleming: Conference with Brett Schatz on software update history and schedule and discuss his needs for an itemized summary of specific line modifications associated with Fleming's complaint. |
| 70 | 1/21/2014 | Escort/K40/Fleming: Conference with Brett Schatz & review strategy for generating a software summary claims chart. and begin to prepare. |
| 71 | 1/22/2014 | Escort/Fleming/K40: Teleconference with Brett Schatz to discuss claims in the '905 patent and WH&E's need for summaries of all lines of software in all accused products, relating to these claims. **Redacted** |
| 72 | 1/23/2014 | Escort/Fleming/K40: conference with Brett Schatz to discuss interpretation of Escort's software release history Excel documents. |
| 73 | 1/29/2014 | Escort/Fleming/K40: Conclude the generation of a line number summary identifying line numbers in gpsExpanded255.c that illustrate non-infringement of claims in the '905 patent. |