# EXHIBIT 3

## WOOD, HERRON & EVANS, L.L.P.

2700 CAREW TOWER
441 VINE STREET
CINCINNATI, OHIO 45202-2917
TELEPHONE: 513-241-2324
FACSIMILE: 513-421-7269

```
ESCORT and BELTRONICS                           April 30, 2013
Attn: Mr. Timothy A. Coomer                     MATTER NO. ESC    -258LT3
Vice President - Product Management             BILLING ATTY: Gregory F. Ahrens
Escort Inc.                                     INVOICE NO.606295
5440 West Chester Road
West Chester, OH 45069-2950


FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2013


    RE:  Distributors
         FLEMING v. ESCORT et al. (Idaho)
         Case 1:12-cv-00066-BLW

03/01/13    BAS

03/03/13    BAS

03/04/13    BAS

03/05/13    BAS                      Redacted

03/06/13    BAS
```

PAYMENT DUE UPON RECEIPT OF INVOICE

```
Distributors                                    Apr 30, 2013    PAGE    2
MATTER NO.:  ESC    -258LT3
INVOICE NO.: 606295

03/07/13    GFA

03/07/13    BAS

03/08/13    GFA


03/08/13    BAS


03/11/13    GFA
03/11/13    BAS




03/12/13    BAS                     Redacted

03/13/13    GFA

03/13/13    BAS




03/14/13    GFA

03/14/13    BAS
```

PAYMENT DUE UPON RECEIPT OF INVOICE

ESC017363_001030                                          Confidential

```
Distributors                                    Apr 30, 2013   PAGE   3
MATTER NO.: ESC    -258LT3
INVOICE NO.: 606295
```

| Date | Initials | Description | |
|---|---|---|---|
| 03/15/13 | BAS | Continued review of revised source code; prepare non-infringement arguments based on revisions to source code; extended telephone conference with Mr. Orr regarding revised source code. | Redacted |
| 03/19/13 | GFA | Redacted | |
| 03/19/13 | BAS | Attention to source code. | |
| 03/20/13 | BAS | Preparation of Invalidity Contentions; attention to revised source code. | Redacted |
| 03/21/13 | GFA | | |
| 03/21/13 | BAS | | |
| 03/22/13 | BAS | | |
| 03/25/13 | GFA | | |
| 03/25/13 | BAS | Redacted | |
| 03/26/13 | GFA | | |
| 03/26/13 | BAS | | |
| 03/26/13 | JDS | | |
| 03/27/13 | GFA | | |

**PAYMENT DUE UPON RECEIPT OF INVOICE**

```
Distributors                                    Apr 30, 2013    PAGE   4
MATTER NO.: ESC    -258LT3
INVOICE NO.: 606295
```

| Date | Init. | Description |
|---|---|---|
| 03/27/13 | BAS | Redacted |
| | | Redacted prepare non-infringement defenses; attention to revised source code; |
| 03/28/13 | GFA | |
| 03/28/13 | BAS | |
| | | Redacted |
| 03/29/13 | GFA | |
| 03/29/13 | BAS | |
| 03/30/13 | GFA | |

```
                         TOTAL PROFESSIONAL SERVICES    $    Redacted

    COSTS ADVANCED
03/31/13 Lexis Fees                                          Redacte

                         TOTAL COSTS ADVANCED           $    Redacte

                                        INVOICE TOTAL   $    Redacted
```

PAYMENT DUE UPON RECEIPT OF INVOICE