# EXHIBIT 4

| | |
|---|---|
| To: | Anita Freeman[afreeman@whe-law.com] |
| From: | Brett Schatz |
| Sent: | Thur 3/21/2013 11:37:28 AM |
| Importance: | Normal |

Subject:   FW: Update to Escort GPS source file "gpsExpanded.c" with "GRID_METHOD" as compiler switch to enable/disable heading reception and use
gpsExpanded.c

Anita,

Finally.  This is the version of source code that will need to be prepared for production (in native format, with an "AEO" designation).  This is for the ESC 258LT3 case.

Thanks,
Brett

-----Original Message-----
From: Steve Orr [mailto:skorr@escortinc.com]
Sent: Wednesday, March 20, 2013 4:57 PM
To: Brett Schatz
Subject: Update to Escort GPS source file "gpsExpanded.c" with "GRID_METHOD" as compiler switch to enable/disable heading reception and use

Brett-

In addition to the change you requested, I changed a function name from "AllowMarkerReportViaGeometry" to "AllowMarkerReportViaGridMethod". The resulting line number changes are:

7230
7370
7397

I also changed a variable name from "GeometricQualifier" to the name "GridQualifier." Lines that changed are:

7217
7242
7243
16970

Now variations on the word geometry are all gone with exception to line 6199. -Hope you don't mind that one.

There were 109 lines containing the string "Geometric".

Steve