# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING, | Case No. 1:12-cv-0066-BLW |
| Plaintiff, | DECLARATION OF HOYT A. FLEMING IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR TERMINATING SANCTIONS |
| v. | |
| ESCORT INC., ET AL, | |
| Defendants. | |

I, HOYT A. FLEMING, declare under penalty of perjury that the following statements are true and correct:

1. I make this declaration based upon my own personal knowledge and can and will testify to the truth of these matters if called to testify as a witness at the trial or any hearing in this case.

2. A true and correct copy of the file defendants produced as ESC017363_28230 is attached Exhibit A.  It is my understanding that the file produced as ESC017363_28230 was attached to an email from Mr. Brett Schatz to Ms. Anita Freeman on March 14, 2013.  This email was produced as ESC17363_23193, which is attached as Exhibit 1 to the accompanying motion.

3. A printout of Exhibit A that contains line numbers is attached as Exhibit B.

4. A true and correct copy of the file defendants produced as ESC017363 is attached as Exhibit C.

5. A printout of Exhibit C that contains line numbers is attached as Exhibit D.

6. A redline showing the changes between Exhibit A and Exhibit C is attached as Exhibit E.

7. I have identified 116 lines that were changed between Exhibit A and Exhibit C.  The changes in those lines include 105 compiler directive changes, 4 variable name changes, 3 function name changes, and 4 comment changes.  A listing of the changed lines and the type of change for each changed line is attached as Exhibit F.

8. Ninety-seven (97) of the lines changed between Exhibit A and Exhibit C were cited in defendants' First Amended Answer to Complaint and Counterclaim, Dkt. No. 35. A "1" is placed in the "Cited by Amended Answer" column of Exhibit F next to each of the 97 lines. Of the 97 lines cited by in defendants' First Amended Answer to Complaint and Counterclaim, 94 of those lines contained the word "grid". A "1" is placed in the "GRID And Cited by Amended Answer" column of Exhibit F next to each of the 94 lines.

9. A true and correct copy of the file defendants produced as ESC017363_028318 is attached as Exhibit G. It is my understanding that the file produced as ESC017363_28318 was attached to an email from Mr. Brett Schatz to Ms. Anita Freeman on March 21, 2013. This email was produced as ESC17363_23317, which is attached as Exhibit 4 to the accompanying motion.

10. I compared Exhibit C to Exhibit G utilizing a file comparison program. The program reported that the two files are identical.

11. Exhibit 1 to the accompanying motion is a true and correct copy of a document defendants produced bearing bates numbers ESC017363_028193-95.

12. Exhibit 2 to the accompanying motion is a true and correct copy of a document defendants produced bearing bates numbers ESC017363_000530-535.

13. Exhibit 3 to the accompanying motion is a true and correct copy of a document defendants produced bearing bates numbers ESC017363_001029-32.

14. Exhibit 4 to the accompanying motion is a true and correct copy of a document defendants produced bearing bates numbers ESC017363_028317.

15. Exhibit 6 to the accompanying motion is a true and correct copy of a document defendants produced bearing bates numbers ESC017363_001319-20.

16. Exhibit 7 to the accompanying motion is a true and correct copy of a document defendants produced bearing bates numbers ESC017363_028374.

17. I would testify to all the factual statements set forth above if I was called as a witness at trial or hearing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of June, 2015.

_____
Hoyt Fleming