# EXHIBIT 6

## Brett Schatz

**From:** Steve Orr [skorr@escortinc.com]
**Sent:** Thursday, April 17, 2014 4:47 PM
**To:** Brett Schatz; Greg Ahrens; jstevens; Tom Humphrey
**Subject:** FW: Update to Escort GPS source file "gpsExpanded.c" with "GRID_METHOD" as compiler switch to enable/disable heading reception and use (EXAMPLE #3)

EXAMPLE #3: This was sent to Jeff on 4/11/13 and discusses Brett's request for naming compiler reference names.

---

From: Steve Orr
Sent: Thursday, April 11, 2013 1:57 PM
To: jstevens
Subject: FW: Update to Escort GPS source file "gpsExpanded.c" with "GRID_METHOD" as compiler switch to enable/disable heading reception and use

Jeff-

We were discussing the Fleming problem yesterday. If the M5 product is to be sold overseas, the changes we discussed are not necessary. There is a compiler switch in the version I sent you that determines whether these changes are to be implemented, and this would be turned on or off depending on whether you intend to create a US or non-US product.

The switch name is discussed in the email to Brett below. Brett has asked that we use the alternate name (using 'GRID') as it appears in that correspondence because the alternate name is needed to support one of the arguments they will be making in the next trial.

Steve

---

From: Brett Schatz [bschatz@whe-law.com]
Sent: Wednesday, March 20, 2013 8:00 PM
To: Steve Orr
Subject: Re: Update to Escort GPS source file "gpsExpanded.c" with "GRID_METHOD" as compiler switch to enable/disable heading reception and use

Thanks, Steve.
Brett

On Mar 20, 2013, at 4:59 PM, "Steve Orr" <skorr@escortinc.com> wrote:

> Brett-
>
> In addition to the change you requested, I changed a function name from "AllowMarkerReportViaGeometry" to "AllowMarkerReportViaGridMethod". The resulting line number changes are:
>
> 7230
> 7370
> 7397
>
> I also changed a variable name from "GeometricQualifier" to the name "GridQualifier." Lines that changed are:
>

1

ESC017363_001319                                                           Confidential

```
> 7217
> 7242
> 7243
> 16970
>
> Now variations on the word geometry are all gone with exception to line 6199. -Hope you don't mind that one.
>
> There were 109 lines containing the string "Geometric".
>
> Steve
>
> <gpsExpanded.c>
```

2

ESC017363_001320                                          Confidential