# EXHIBIT 7

| | |
|---|---|
| To: | Tom Humphrey[thumphrey@whe-law.com] |
| Cc: | Greg Ahrens[gahrens@whe-law.com] |
| From: | Brett Schatz |
| Sent: | Wed 3/27/2013 2:42:00 PM |
| Importance: | Normal |
| Subject: | Escort Product Redesign |

Tom,

FYI – I have been speaking with Steve Orr this morning on a few issues.  One of the things that is clear is that the status of the redesign effort is as follows:

The GPS processor source code has been redesigned.  However, it may not yet be implemented in any products.  John Kuhn would likely know about this.

The respective Main processor source codes for each of the products have not yet been redesigned.  At best, the Main processor source code for the 9500ix is complete, but I don't know if that has been implemented.

I am going to give John Kuhn a call about this.

Brett