# EXHIBIT F

| Count | Changed Line Number | GRID_METHOD Compiler Directive Changes | GRID Variable Name Changes | GRID Function Name Changes | Comment Changes | Cited by Amended Answer | "GRID" And Cited by Amended Answer |
|---|---|---|---|---|---|---|---|
| 1 | Line 115 | 1 | | | | 1 | 1 |
| 2 | Line 119 | 1 | | | | 1 | 1 |
| 3 | Line 123 | 1 | | | | 1 | 1 |
| 4 | Line 127 | 1 | | | | | |
| 5 | Line 131 | 1 | | | | | |
| 6 | Line 135 | 1 | | | | | |
| 7 | Line 140 | 1 | | | | | |
| 8 | Line 145 | 1 | | | | | |
| 9 | Line 149 | 1 | | | | | |
| 10 | Line 153 | 1 | | | | | |
| 11 | Line 158 | 1 | | | | | |
| 12 | Line 162 | 1 | | | | | |
| 13 | Line 166 | 1 | | | | | |
| 14 | Line 170 | 1 | | | | | |
| 15 | Line 174 | 1 | | | | | |
| 16 | Line 176 | 1 | | | | | |
| 17 | Line 178 | | | | 1 | | |
| 18 | Line 183 | 1 | | | | | |
| 19 | Line 1677 | 1 | | | | | |
| 20 | Line 1684 | 1 | | | | | |
| 21 | Line 1909 | 1 | | | | | |
| 22 | Line 3372 | 1 | | | | 1 | 1 |
| 23 | Line 3374 | 1 | | | | 1 | 1 |
| 24 | Line 3376 | 1 | | | | 1 | 1 |
| 25 | Line 3943 | 1 | | | | 1 | 1 |
| 26 | Line 3971 | 1 | | | | 1 | 1 |
| 27 | Line 4058 | 1 | | | | 1 | 1 |
| 28 | Line 4081 | 1 | | | | 1 | 1 |
| 29 | Line 4178 | 1 | | | | 1 | 1 |
| 30 | Line 5089 | 1 | | | | 1 | 1 |
| 31 | Line 5138 | 1 | | | | 1 | 1 |
| 32 | Line 5179 | 1 | | | | 1 | 1 |
| 33 | Line 5226 | 1 | | | | 1 | 1 |
| 34 | Line 5234 | 1 | | | | 1 | 1 |
| 35 | Line 5451 | 1 | | | | 1 | 1 |
| 36 | Line 5472 | 1 | | | | 1 | 1 |
| 37 | Line 5485 | 1 | | | | 1 | 1 |
| 38 | Line 5629 | 1 | | | | 1 | 1 |
| 39 | Line 5634 | 1 | | | | 1 | 1 |
| 40 | Line 5657 | 1 | | | | 1 | 1 |
| 41 | Line 5697 | 1 | | | | 1 | 1 |
| 42 | Line 5733 | 1 | | | | 1 | 1 |
| 43 | Line 5747 | 1 | | | | 1 | 1 |
| 44 | Line 5760 | 1 | | | | 1 | 1 |
| 45 | Line 5788 | 1 | | | | 1 | 1 |
| 46 | Line 5814 | 1 | | | | 1 | 1 |
| 47 | Line 5908 | 1 | | | | 1 | 1 |
| 48 | Line 5969 | 1 | | | | 1 | 1 |
| 49 | Line 6280 | 1 | | | | 1 | 1 |

| Count | Changed Line Number | GRID_METHOD Compiler Directive Changes | GRID Variable Name Changes | GRID Function Name Changes | Comment Changes | Cited by Amended Answer | "GRID" And Cited by Amended Answer |
|---|---|---|---|---|---|---|---|
| 50 | Line 6315 | 1 | | | | 1 | 1 |
| 51 | Line 6327 | 1 | | | | 1 | 1 |
| 52 | Line 6337 | 1 | | | | 1 | 1 |
| 53 | Line 6343 | 1 | | | | 1 | 1 |
| 54 | Line 6369 | 1 | | | | 1 | 1 |
| 55 | Line 6417 | 1 | | | | | |
| 56 | Line 6449 | 1 | | | | 1 | 1 |
| 57 | Line 6496 | 1 | | | | 1 | 1 |
| 58 | Line 6562 | 1 | | | | 1 | 1 |
| 59 | Line 6595 | 1 | | | | 1 | 1 |
| 60 | Line 6652 | 1 | | | | 1 | 1 |
| 61 | Line 6715 | 1 | | | | 1 | 1 |
| 62 | Line 7217 | | 1 | | | 1 | 1 |
| 63 | Line 7230 | | | 1 | | 1 | 1 |
| 64 | Line 7238 | | | | 1 | 1 | |
| 65 | Line 7239 | | | | 1 | 1 | |
| 66 | Line 7240 | | | | 1 | 1 | |
| 67 | Line 7242 | | 1 | | | 1 | 1 |
| 68 | Line 7243 | | 1 | | | 1 | 1 |
| 69 | Line 7377 | 1 | | | | 1 | 1 |
| 70 | Line 7378 | | | 1 | | 1 | 1 |
| 71 | Line 7379 | 1 | | | | 1 | 1 |
| 72 | Line 7381 | 1 | | | | 1 | 1 |
| 73 | Line 7396 | 1 | | | | 1 | 1 |
| 74 | Line 7397 | | | 1 | | 1 | 1 |
| 75 | Line 7398 | 1 | | | | 1 | 1 |
| 76 | Line 7400 | 1 | | | | 1 | 1 |
| 77 | Line 7580 | 1 | | | | 1 | 1 |
| 78 | Line 7756 | 1 | | | | 1 | 1 |
| 79 | Line 8285 | 1 | | | | 1 | 1 |
| 80 | Line 8335 | 1 | | | | 1 | 1 |
| 81 | Line 8432 | 1 | | | | 1 | 1 |
| 82 | Line 8637 | 1 | | | | 1 | 1 |
| 83 | Line 8646 | 1 | | | | 1 | 1 |
| 84 | Line 8665 | 1 | | | | 1 | 1 |
| 85 | Line 8702 | 1 | | | | 1 | 1 |
| 86 | Line 8718 | 1 | | | | 1 | 1 |
| 87 | Line 8743 | 1 | | | | 1 | 1 |
| 88 | Line 8818 | 1 | | | | 1 | 1 |
| 89 | Line 8829 | 1 | | | | 1 | 1 |
| 90 | Line 9014 | 1 | | | | 1 | 1 |
| 91 | Line 9035 | 1 | | | | 1 | 1 |
| 92 | Line 9688 | 1 | | | | 1 | 1 |
| 93 | Line 9764 | 1 | | | | 1 | 1 |
| 94 | Line 9765 | 1 | | | | 1 | 1 |
| 95 | Line 9825 | 1 | | | | 1 | 1 |
| 96 | Line 11207 | 1 | | | | 1 | 1 |
| 97 | Line 11272 | 1 | | | | 1 | 1 |
| 98 | Line 15213 | 1 | | | | 1 | 1 |

| Count | Changed Line Number | GRID_METHOD Compiler Directive Changes | GRID Variable Name Changes | GRID Function Name Changes | Comment Changes | Cited by Amended Answer | "GRID" And Cited by Amended Answer |
|---|---|---|---|---|---|---|---|
| 99 | Line 15944 | 1 | | | | 1 | 1 |
| 100 | Line 15961 | 1 | | | | 1 | 1 |
| 101 | Line 16970 | | 1 | | | 1 | 1 |
| 102 | Line 16974 | 1 | | | | 1 | 1 |
| 103 | Line 17511 | 1 | | | | 1 | 1 |
| 104 | Line 17726 | 1 | | | | 1 | 1 |
| 105 | Line 18226 | 1 | | | | 1 | 1 |
| 106 | Line 18232 | 1 | | | | 1 | 1 |
| 107 | Line 18379 | 1 | | | | 1 | 1 |
| 108 | Line 19196 | 1 | | | | 1 | 1 |
| 109 | Line 19915 | 1 | | | | 1 | 1 |
| 110 | Line 19922 | 1 | | | | 1 | 1 |
| 111 | Line 20025 | 1 | | | | 1 | 1 |
| 112 | Line 20404 | 1 | | | | 1 | 1 |
| 113 | Line 20473 | 1 | | | | 1 | 1 |
| 114 | Line 20694 | 1 | | | | 1 | 1 |
| 115 | Line 20725 | 1 | | | | 1 | 1 |
| 116 | Line 21494 | 1 | | | | 1 | 1 |
| **Changes** | | Compiler Directive Changes | Variable Name Changes | Function Name Changes | Comment Changes | Cited by Amended Answer | "GRID" And Cited by Amended Answer |
| **116** | | **105** | **4** | **3** | **4** | **97** | **94** |