<u>MOTIONS, OBJECTIONS, ETC.</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: July 21, 2015
Judge B. Lynn Winmill                Deputy Clerk: Jamie Gearhart
Case No. 1:12-cv-66-BLW              Reporter: Tammy Hohenleitner
Place: Boise                         Time: 1:32 - 3:13 p.m.

<u>HOYT FLEMING v. ESCORT, INC. et al</u>

Counsel for Plaintiff: Mike Dowler

Counsel for Defendant: Timothy Getzoff and Walt Sinclair


Hearing on:

1) Defendants' Motion for Reconsideration re Memorandum Decision Dkt. 231 (Dkt. 260), and

2) Plaintiff's Motion for Reconsideration of the Court's Order at Dkt. No. 231 (Dkt. 265).


The Court will allow additional briefing. Counsel shall work with Dave Metcalf to determine a briefing schedule.

The Court will issue a written decision.