Steven F. Schossberger, ISB No. 5358
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5930
Email: sschossberger@hawleytroxell.com

Attorneys for Plaintiff Hoyt A. Fleming

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Hoyt A. Fleming,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Escort Inc.; Beltronics USA, Inc.; ,<br><br>　　　　Defendants. | Case No. 1:12-cv-066-BLW<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　　　Plaintiff, Hoyt A. Fleming (the "Plaintiff") and Defendants, ESCORT, INC.,

BELTRONICS USA, INC.; BESTBUY CO., INC.; AMAZON.COM, INC.; HAYNEEDLE,

INC.; BUY.COM, INC.; TIGERDIRECT, INC.; FRY'S ELECTRONICS; HERRINGTON

CATALOG; BUY RADAR DETECTORS; ABT, INC.; J&R MUSIC AND COMPUTER

WORLD; SEARS HOLDINGS CORP.; 1STRADARDETECTORS; BEACH

CAMERA/BUY.DIG.COM.; AM MERCHANDISING, INC.; EXCEL DISTRIBUTING, INC.;

DBSOUTH, INC.; FULFILLMENT SERVICES, INC.; CAR TOYS, INC.; DAS

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

DISTRIBUTORS, INC. (the "Defendants"), acting through their undersigned attorneys, do hereby stipulate that they have reached a compromise and settlement of the claims between them, and that Plaintiff's Complaint against the Defendants, and each and every claim and cause of action therein, may be dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED December 22, 2015

HAWLEY TROXELL ENNIS & HAWLEY LLP

By  /s/  _____
    Steven F. Schossberger
    *Attorneys for Plaintiff Hoyt A. Fleming*

HOLLAND & HART LLP

By  /s/  _____
    J. Walter Sinclair
    Timothy P. Getzoff
    *Attorneys for Defendants, Escort, Inc. and Beltronics USA, Inc.*

PARK, VAUGHN, FLEMING & DOWLER, LLP

By  /s/  _____
    Michael S. Dowler
    *Attorneys for Plaintiff, Hoyt A. Fleming*

KEATING, MUETHING & KLEKAMP, PLL

By /s/
   Brian P. Muething
   *Attorneys for Defendants, BEST BUY CO., INC.; AMAZON.COM, INC.; HAYNEEDLE, INC.; BUY.COM, INC.; TIGERDIRECT, INC.; FRY'S ELECTRONICS; HERRINGTON CATALOG; BUY RADAR DETECTORS; ABT, INC.; J&R MUSIC AND COMPUTER WORLD; SEARS HOLDINGS CORP.; 1STRADARDETECTORS; AM MERCHANDISING, INC.; EXCEL DISTRIBUTING, INC.; DBSOUTH, INC.; FULFILLMENT SERVICES, INC.; CAR TOYS, INC.; DAS DISTRIBUTORS, INC*


GIVENS PURSLEY


By /s/
   Robert Blaine White
   *Attorneys for Defendant, BEACH CAMERA/BUY.DIG.COM, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of December, 2015, I electronically filed the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| J. Walter Sinclair | wsinclair@hollandhart.com |
| Timothy P. Getzoff | tgetzoff@hollandhart.com |
| Brian C. Wonderlich | bcwonderlich@hollandhart.com |
| Brian P. Muething | bmuething@kmklaw.com |
| Bryce James Yoder | byoder@kmklaw.com |
| Keely E. Duke | ked@dukescanlan.com |
| Rachael Anne Rowe | rrowe@kmnklaw.com |
| Robert Blaine White | rbw@givenspursley.com |

      /s/ Steven F. Schossberger
Steven F. Schossberger

STIPULATION FOR DISMISSAL WITH PREJUDICE - 4