UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>        Plaintiff,<br><br>vs.<br><br>ESCORT INC.; BELTRONICS USA, INC.,<br><br>        Defendants. | Case No. 1:12-cv-0066-BLW<br><br>JUDGMENT |

      Based upon the Stipulation for Dismissal with Prejudice, executed by all parties in the above-captioned case and filed in this Court on December 22, 2015, and good cause appearing therefor,

      NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Stipulation of Dismissal with Prejudice (docket no. 311) is APPROVED. Plaintiff's Complaint is DISMISSED with prejudice. The parties shall bear their own costs and attorneys' fees. The Clerk shall close this case.

DATED: December 28, 2015

B. Lynn Winmill  
Chief Judge  
United States District Court